IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10903
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,


versus

BASHIR MOHAMAD ABDEL RAHIM,
a/k/a Bashir Mohammad Musleh,
a/k/a Bashir Mohamad Mosleh,
a/k/a Bashir Musleh-Rahim,
a/k/a Bashir Mohammad Musheh,
a/k/a Basher Rahim,
a/k/a Bashir Mohamad Rahim,

                                    Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3-96-CR-14-1-R
- - - - - - - - - -
July 9, 1997
Before JONES, DeMOS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Bashir Mohamad Abdel Rahim has been convicted of making a
false statement on an application for an immigrant visa, illegal
reentry into the United States following deportation, possession
of a firearm by an illegal alien, and making a false statement in

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

a passport application.  Rahim argues that he is not guilty of the firearms charge because he was not illegally or unlawfully in this country at the time he possessed the firearm.  Rahim further argues that he does not have the financial ability to pay the $25,000 fine imposed by the district court.  We reject Rahim's challenge to his firearms conviction.  See United States v. Igbatayo, 764 F.2d 1039, 1040 (5th Cir. 1985).  The district court's determination that Rahim has the ability to pay a $25,000 fine is not clearly erroneous.  United States v. Leal, 74 F.3d 600, 608 (5th Cir. 1996); United States v. Rodriguez, 15 F.3d 408, 414 (5th Cir. 1994).

AFFIRMED.